UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00201-MOC-DCK

| | | |
|---|---|---|
| **DIANNE B. BOYTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **HUTCHENS, SENTER, KELLAM & PETTIT, P.A.,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's "Objections to Order of Remand" (#6), which has been filed more than 30 days after this action was remanded to state court. Plaintiff is advised that this action is now before the state court, that this court has no jurisdiction at this point, and that any concerns she has must be addressed to and filed in the state court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's "Objections to Order of Remand" (#6) are denied as non-justiciable.

Signed: May 3, 2013

Max O. Cogburn Jr.
United States District Judge